MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

WORTH (appellant) v. RAGAN. From Guilford. *Scott, Bynum* and *Barringer* for. plaintiff; *Stedman* and *Morehead* for defendant. Affirmed.

REES (appellant) v. SPOKE CO. From Guilford. *Strudwick* for plaintiff; *Stedman* for defendant. Affirmed.

CARTER (appellant) v. RAILROAD. From Guilford. *Barringer* and *Strudwick* for plaintiff; *King & Kimball* for defendant. Affirmed.

CLEGG, ADMINISTRATOR, v. RAILROAD. From Iredell. *Armfield & Turner* for plaintiff; *Caldwell* for defendant. Affirmed.

FOX (appellant) v. TELEPHONE CO. From Davidson. *Raper* for plaintiff ; *Robbins* for defendant.- Affirmed. HOKE, J., dissenting.

DOSS (appellant) v. HUTSON. From Surry. *Carter* for plaintiff; *Holcombe* for defendant. Affirmed.

GINNINGS (appellant) v. HOTEL CO. From Wilkes. *Barber* for defendant. Dissmissed for failure to file brief.

HALL (appellant) v. TANNING CO. From Wilkes. *Finley* for plaintiff; *Barber* for defendant. Affirmed.

SCHAFER v. HOTEL CO. (appellant). From Surry. *Shepherd* and *Sparger* for plaintiff; *Carter* for defendant. Appeal dismissed as being premature.

KERNER (appellant) v. EXPRESS CO. From Forsyth. *Patterson* for plaintiff; *Watson* for defendant. Affirmed.

KING v. KERNER (appellant). From Forsyth. *Manly* and *Eller* for plaintiff. Dismissed under Rule 17.

CLICK v. LOCOMOBILE CO. From Forsyth. *Manly* and *Swink* for plaintiff. Dismissed under Rule 17.

PINCHBACK (petitioner) v. MINING CO. From Gaston. *Osborne, Maxwell & Keerans* for plaintiff; *Mason* and *Burwell & Cansler* for defendant. Petition dismissed.